UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALBONA LAHU,<br><br>Plaintiff,<br><br>v.<br><br>CERTIFIED CREDIT & COLLECTION BUREAU et al.,<br><br>Defendants. | Civil Action No. 20-8217 (MAS) (TJB)<br><br>Consolidated with<br>Civil Action No. 19-18819 (MAS) (TJB)<br>Civil Action No. 20-13461 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on Defendants Certified Credit & Collection Bureau, Joanne Possumato, Diana Schobel, and Lisa Maltese-Schaaf's (collectively, "Defendants") Motion to Dismiss Plaintiff Valbona Lahu's ("Plaintiff") Amended Complaint. (ECF No. 10.) Plaintiff opposed (ECF No. 17), and Defendants did not reply. The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the Memorandum Opinion filed in Civil Action No. 19-18819, and for other good cause shown,

**IT IS**, on this 27th day of October 2021, **ORDERED** as follows:

1. Plaintiff's Amended Complaint (ECF No. 8) is **DISMISSED** without prejudice.

2. Plaintiff may refile an amended complaint by **November 29, 2021**.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE